# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−6 | User: tanya | Date Created: 11/18/2020 |
| Case: 6:20−bk−71649 | Form ID: dis | Total: 64 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee (ust)        USTPRegion13.LR.ECF@usdoj.gov
tr      Richard L. Cox            rlcpa@hsnp.com
aty     Mickey Lynn Stevens       skeltonandstevens@outlook.com
```
TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db              Shawn Stillian        107 Wildflower Court        Hot Springs Village, AR 71909
jdb             Carla Stillian        107 Wildflower Court        Hot Springs Village, AR 71909
cr              Santander Consumer USA Inc., dba Chrysler Capital        2860 Patton Road        Roseville, MN 69726
5125328         ACMI        P.O. Box 22267        Little Rock, AR 72221
5125331         AMCOL Systems        P.O. Box 21625        Columbia, SC 29221
5125332         AT&T        P.O. Box 536216        Atlanta, GA 30353
5125329         Allen & Withrow        P.O. Box 17248        Little Rock, AR 72222
5125330         Ally Financial        P.O. Box 380901        Minneapolis, MN 55438
5125333         Bank of America N.A.        P.O. Box 45144        Jacksonville, FL 32232
5125334         Best Buy/CBNA        P.O. Box 6497        Sioux Falls, SD 57117
5125335         Bestbuy/Cbna        P.O. Box 6497        Sioux Falls, SD 57117
5125336         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125337         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125338         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125339         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125340         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125341         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125342         Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
5125343         Cavalry Portfilio Services        500 Summit Lake Drive Ste A        Valhalla, NY 10595
5125344         Cavalry SPV I, LLC        500 Summit Lake Drive Ste400        Valhalla, NY 10595
5125345         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125346         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125347         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125348         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125349         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125350         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125351         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125352         Chi St. Vincent Hospital Hot S        P.O. Box 505395        Saint Louis, MO 63150
5125353         Chrysler Capital        P.O. Box 961275        Fort Worth, TX 76161
5125354         Citibank NA        P.O. Box 6235        Sioux Falls, SD 57117
5125355         Couch, Conville, & Blitt, LLC        3501 N. Causeway Blvd. Ste.800        Metairie, LA 70002
5125356         D & A Services LLC        1400 E. Touhy Ave. Suite G2        Des Plaines, IL 60018
5125357         Discover Bank        P.O. Box 15316        Wilmington, DE 19850
5125358         Discover Fincancial Services        P.O. Box 15316        Wilmington, DE 19850
5125359         ED Financial        120 N Seven Oaks Drive        Knoxville, TN 37922
5125361         FNB Omaha        Contact By Mail Only        P.O. Box 3412        Omaha, NE 68197
5125360         First Premier Bank        3820 N. Louise Ave.        Sioux Falls, SD 57107
5125362         Good Samaritan Federal CU        P.O. Box 5038        Sioux Falls, SD 57117
5125363         Hot Springs Radiolgoy        300 Werner Street        Hot Springs National, AR 71913
5125364         Hot Springs Radiolgoy        300 Werner Street        Hot Springs National, AR 71913
5125365         Hot Springs Radiology Associat        3633 Central Ave. Ste D        Hot Springs National Park, AR 71913
5125366         IC Systems        10925 Otter Creek East        Mabelvale, AR 72103
5125367         M & T Bank        P.O. Box 900        Millsboro, DE 19966
5125372         MRS Associates        1930 Olney Ave.        Cherry Hill, NJ 08003
5125368         Mercy St. Josephs Health Cente        200 McAuley Court        Hot Springs National Park, AR 71913
5125369         Merrick Bank        P.O. Box 9201        Old Bethpage, NY 11804
5125370         Midland Credit Management        P.O. Box 301030        Los Angeles, CA 90003
5125371         Midland Credit Management        P.O. Box 301030        Los Angeles, CA 90003
5125461         PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
5125376         RMC of America        P.O. Box 21030        White Hall, AR 71612
5125373         Receivable Solutions Inc.        P.O. Box 206153        Dallas, TX 75320
5125374         Receivables Management Corp        P.O. Box 21030        White Hall, AR 71612
5125375         Regions Bank        P.O. Box 11007        Birmingham, AL 35207
5125377         Santander Consumer USA        P.O. Box 961245        Fort Worth, TX 75161
5125378         Southern Regional Anesthesiolo        Consultants PLLC        500 S. University Ave. Ste500        Little Rock, AR
                72205
5125379         Southern Regional Anesthesiolo        Consultants PLLC        500 S. University Ave. Ste500        Little Rock, AR
                72205
5125380         Syncb/Amazon PLCC        P.O. Box 965015        Orlando, FL 32896
5125381         Syncb/Lowes        P.O. Box 965005        Orlando, FL 32896
5125382         Syncbpaypalsmartconn        4125 Windward Plaza        Alpharetta, GA 30005
```

| | | | |
|---|---|---|---|
| 5125383 | Synchrony Bank | P.O. Box 965048 | Orlando, FL 32896 |
| 5125384 | Synchrony Bank | P.O. Box 965048 | Orlando, FL 32896 |

TOTAL: 61